UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOBY MAIZE | CIVIL ACTION |
| VERSUS | NO. 18-9393 |
| STATE OF LOUISIANA | SECTION: "J"(5) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objections to the Report and Recommendation (Rec. Doc. 36) and finding that Petitioner's objections lack merit for the reasons stated by the Magistrate Judge, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS HEREBY ORDERED** that the petition of Jacoby Maize for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of April, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE